*H. H. Elders,* for plaintiff in error.    *C. L. Cowart,* contra.

---

### 6221.    HOLIFIELD *v.* THE STATE.

BROYLES, J. The jury are the final arbiters of the facts; and while the evidence in the present case is weak and unsatisfactory, it can not be said that it was insufficient to authorize the verdict of guilty.

*Judgment affirmed.*

DECIDED MAY 3, 1915.

Indictment for gaming; from Butts superior court—Judge R. T. Daniel. November 11, 1914.

*C. L. Redman,* for plaintiff in error.

*E. L. Owen, solicitor-general,* contra.